# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

Mark E. Herman,

    Debtor.

BKY 18-40752
Chapter 7

---

Nauni Manty, as Chapter 7 Trustee for the
Bankruptcy Estate of Mark E. Herman,

    Plaintiff,

v.

Amber Senn and Numeric Trading Company,

    Defendants.

ADV. NO. _____

**COMPLAINT**

---

The plaintiff, Nauni Manty, as Chapter 7 Trustee for the bankruptcy estate of Mark E. Herman, for her complaint against the defendants states and alleges as follows:

1. The plaintiff, Nauni Manty, is the duly appointed, qualified, and acting trustee in the bankruptcy of Mark E. Herman.

2. The defendant, Amber Senn, is an individual residing in Minneapolis, Minnesota.

3. The defendant, Numeric Trading Company, is a Minnesota company with a registered address of 1400 Lincoln Avenue South, Minneapolis, Minnesota, 55403, and a principal office address of 711 West Lake Street, Suite 208, Minneapolis, Minnesota, 55408.

4. The petition commencing the debtor's chapter 7 case was filed March 15, 2018.

5. This court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334.

6. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7. This adversary proceeding arises under 11 U.S.C. §§ 542, 544, 548, 550, 551 and Minn. Stat. §§ 513.44(a)(1) and 513.47.

8. The plaintiff consents to the bankruptcy court's entry of final orders and judgment in this adversary proceeding.

**Facts Related to Art and Business Transfers**

9. Ms. Senn is the debtor's close friend and owner of Numeric Trading Company.

10. The debtor is a well-known artist with his artwork sold in museums and stores throughout Minnesota and other states. The art created by the debtor is primarily digital or graphic art. Once created in a digital format, the art can be printed for mass production. Some prints of the debtor's art have been signed by the debtor and are part of a limited edition. A catalogue listing of the debtor's art is attached as Exhibit 1 and incorporated herein. Upon information and belief, all works of art listed on Exhibit 1 were created prior to the petition date.

11. Prior to 2014, the debtor owned and operated Numeric Press Limited, the company that owned and sold the debtor's artwork.

12. At the section 341 meeting of creditors, the debtor testified that in 2014, he transferred all assets of his company, Numeric Press Limited, to the defendants for $1.00. The debtor has been unable to produce any agreements or other sale documents to support said testimony.

13. By Royalty Agreement dated June 1, 2014, the debtor granted Numeric Trading Company the rights and license in the United States of America and its territories to use the debtor's original digital graphic art for five years, expiring in June 2019.

14. The Royalty Agreement provides that Numeric Trading Company shall pay the debtor ten percent of net profits received by Numeric Trading Company from the use of the debtor's art.

15. Nothing in the Royalty Agreement provides that the debtor sold or otherwise transferred the ownership of the art beyond the limited terms of the Royalty Agreement. Accordingly, if the art was not transferred to the defendants in 2014, then all the art listed in Exhibit 1 is property of the bankruptcy estate.

16. To the extent the debtor did transfer all rights and interest, including ownership, in the art to the defendants, the debtor did not receive reasonably equivalent value in exchange for such transfer.

### Facts Related to PayPal Transfers

17. In April 2016, Numeric Trading Company opened a PayPal account. Thereafter, all royalties owed to the debtor from Numeric Trading Company were deposited into the PayPal account. The debtor and Ms. Senn admitted that the purpose of the PayPal account was to avoid garnishment by the Internal Revenue Service for taxes owed by the debtor.

18. Numeric Trading Company was deliberately named as the account holder for the PayPal account to hide the debtor's money from creditors, including the IRS.

19. The PayPal account was not disclosed on the debtor's bankruptcy schedules, nor were any of the deposits disclosed on the Statement of Financial Affairs.

20. The total deposited into the PayPal account from April 2016 through January 2018 exceeds $15,000.00.

### Facts Related to Transfer of Rental Income

21. The debtor is the sole owner of the real property located at 1400 Lincoln Avenue South, Minneapolis, Minnesota, 55403, which is also known as 1820 Girard Avenue South, Minneapolis, Minnesota, 55403 (the "Minneapolis Property").

22. The Minneapolis Property is worth over $1,000,000.00 and is in the expensive Kenwood neighborhood of Minneapolis. The Minneapolis Property is three stories, along with a basement.

23. For at least the past two years, the defendant has resided on the second floor of the Minneapolis Property, which second floor is a massive five-bedroom apartment. The defendant has paid no rent or other value to the debtor in exchange for residing at the Minneapolis Property.

24. Julia Knight is the tenant residing on the first floor of the Minneapolis Property. On or about May 1, 2016, Ms. Knight executed a two-year residential lease, paying $3,900.00 per month to reside at the Minneapolis Property.

25. Between May 2016 and January 2018, Ms. Knight made all payments under the residential lease to Numeric Trading Company, rather than to the debtor.

26. The debtor was insolvent during the six years prior to the petition date and at all times relevant to this proceeding. The bankruptcy schedules show no non-exempt assets. The debtor owes the Internal Revenue Service at least $279,000.00, owes the Minnesota Department of Revenue at least $4,800.00, and has other scheduled unsecured debt of $60,000.00. Upon information and belief, the assets and liabilities of the debtor were substantially the same throughout the time relevant to this proceeding.

## COUNT I – 11 U.S.C. § 548 - ACTUAL FRAUD

27. The trustee realleges the above allegations.

28. 11 U.S.C. § 548(a)(1) provides:

> The trustee may avoid any transfer of an interest of the debtor, in property, or any obligation incurred by the debtor, that was made or incurred on or within 2 years before the date of filing of the petition, if the debtor voluntarily or involuntarily-
>
> > (A) made such transfer or incurred such obligation with intent to hinder, delay, or defraud any entity to which the debtor was or became, on or after

the date that such transfer was made or such obligation was incurred, indebted.

29. The transfers of the royalty payments to the defendant's PayPal account and the transfer of Ms. Knight's rent, were made with actual intent to hinder, delay or defraud creditors, specifically, the IRS.

30. At the time of the transfers, the IRS had a tax lien recorded, the debtor had been threatened with litigation by the IRS and had already been garnished several times by the IRS.

31. The transfers involved all of the debtor's royalty income and right to rental income during the relevant time period.

32. The debtor was insolvent at the time of the transfers.

33. Such transfers were within two years of the petition date.

34. The defendants are insiders of the debtor. Ms. Senn is the close personal friend and business partner of the debtor.

35. The debtor maintained substantial control over the property transferred.

36. Pursuant to 11 U.S.C. §§ 550 and 551, to the extent a transfer is avoided under 11 U.S.C. § 548, the trustee may recover for the benefit of the estate the property transferred or the value of such property from the initial transferee. The defendants are the initial transferees of the transfers.

## COUNT II - 11 U.S.C. § 548 - CONSTRUCTIVE FRAUD

37. The trustee realleges the above allegations.

38. 11 U.S.C. § 548(a)(1) of the Code provides that:

The trustee may avoid any transfer of an interest of the debtor, in property, or any obligation incurred by the debtor, that was made or incurred on or within 2 years before the date of filing of the petition, if the debtor voluntarily or involuntarily-

>     (B)(i) received less than a reasonably equivalent value in exchange for such transfers or obligations; and
>
>         (ii) (I) was insolvent on the date that such transfer was made or such obligation was incurred or became insolvent as a result of such transfer or obligation.

39. The debtor received no value in exchange for transferring his royalty payments to the defendant's PayPal account or for transferring his right to Ms. Knight's rent to the defendants.

40. The debtor was insolvent at the time of the relevant transfers.

41. The transfers of royalties and rents occurred within two years of the petition date.

42. The defendants received the transfers in constructive fraud of the debtor's creditors under 11 U.S.C. § 548.

43. Pursuant to 11 U.S.C. §§ 550 and 551, to the extent a transfer is avoided under 11 U.S.C. § 548, the trustee may recover for the benefit of the estate the property transferred or the value of such property from the initial or immediate transferee. The defendants are the initial or immediate transferees.

**COUNT III – 11 U.S.C. § 544(b) and MINN. STAT. §§ 513.44(a)(1) and 513.47**

44. The trustee realleges the above allegations.

45. At all times relevant hereto, there was and is at least one or more creditors who held and who hold unsecured claims against the debtor that are allowable under 11 U.S.C. § 502, including the IRS.

6

46. The transfer of Numeric Press Limited and the debtor's art are avoidable under applicable nonbankruptcy law by a creditor holding an unsecured claim in the bankruptcy case. Minn. Stat. § 513.44(a)(1).

47. Said transfers were made with actual intent to hinder, delay or defraud a creditor to which the debtor was indebted at the time of the transfers.

48. The transfers were made after the IRS had a lien on the debtor's assets.

49. The debtor was insolvent at the time of the transfers.

50. The transfer included nearly all of the debtor's non-exempt assets

51. The assets transferred were of considerable value from which the defendants have made several hundred thousand dollars.

52. The debtor received no value in exchange for the transfer of Numeric Press Limited and his art.

53. The defendants received the transfer of Numeric Press Limited and the debtor's art within six years prior to the petition date.

54. The transfer of Numeric Press Limited, its assets, and the debtor's art generally is avoidable under 11 U.S.C. § 544(b) and Minn. Stat. § 513.44(a)(1).

55. 11 U.S.C. § 550 provides that in the event the transfer is avoided by the trustee pursuant to 11 U.S.C. § 544, the trustee may recover for the benefit of the bankruptcy estate the property transferred or, if the Court so orders, the value of such property from the initial and immediate transferees. The defendants are the initial and immediate transferees.

**COUNT IV – 11 U.S.C. § 544(b) and MINN. STAT. §§ 513.44(a)(2)(i) and 513.47**

56. The trustee realleges the above allegations.

57. The transfers of Numeric Press Limited and the debtor's art were made to the defendants without reasonably equivalent value to the debtor.

7

58. At all times relevant hereto, the debtor was insolvent or, alternatively, was rendered insolvent by the transfers.

59. The defendants received the transfers in constructive fraud of the debtor's creditors and are avoidable under Minn. Stat. §§ 513.44(a)(2)(i) and 513.47.

60. 11 U.S.C. § 550 provides that in the event the transfer is avoided by the trustee pursuant to 11 U.S.C. § 544, the trustee may recover for the benefit of the bankruptcy estate the property transferred or, if the Court so orders, the value of such property from the initial transferee. The defendants are the initial transferees.

## COUNT V- TURNOVER

61. The trustee realleges the above allegations.

62. Pursuant to 11 U.S.C. §542(a):

> An entity…in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate.

63. Although the terms of the Royalty Agreement granted Numeric Trading Company the right to use the debtor's art, it appears that ownership of the art was never transferred. If that is the case, then the art created pre-petition that is listed on Exhibit 1 is property of the bankruptcy estate.

64. The trustee requests that the defendants be ordered to deliver to the trustee the art, including everything listed on Exhibit 1, within ten days of an order for judgment in this adversary proceeding.

**WHEREFORE**, the trustee requests judgment against the defendant as follows:

1. Judgment in an amount of $300,000.00, or such amount to be determined at trial, in favor of the trustee and against the defendant;

2. For an order that the defendant deliver to the trustee the artwork within ten days of an order for judgment in this case;

3. For pre-trial and post-trial interest as allowed by law;

4. For the trustee's costs and disbursements herein; and

5. For such other and further relief as the court deems just and equitable.

Dated: September 13, 2018          MANTY & ASSOCIATES, P.A.

By */e/ Mary F. Sieling*
Nauni Manty (230352)
Mary F. Sieling (389893)
401 Second Avenue North, Suite 400
Minneapolis, MN 55401-2097
Phone: (612) 465-0901
Email: mary@mantylaw.com

*Attorneys for Nauni Manty, Trustee*

| Title | Vendor | Type | Variant Inventory Qty |
|---|---|---|---|
| Landmark Series \| MN Lake Calhoun by Mark Herman | Mark Herman | Print | 80 |
| Landmark Series \| MN Children's Theatre Company by Mark Herman | Mark Herman | Print | 77 |
| Landmark Series \| MN Lake Bemidji by Mark Herman | Mark Herman | Print | 82 |
| Landmark Series \| MN Lake of the Isles Day by Mark Herman | Mark Herman | Print | 68 |
| Landmark Series \| Football The Big Game -American Football | Mark Herman | Print | 66 |
| Landmark Series \| MN Minneapolis Miracle by Mark Herman | Mark Herman | Print | 52 |
| Landmark Series \| MN Mall of America | Mark Herman | Print | 0 |
| Landmark Series \| MN Minneapolis Skyline | Mark Herman | Print | -11 |
| Landmark Series \| CA Santa Barbara Mission by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| MN Saint Paul High Bridge by Mark Herman | Mark Herman | Print | 84 |
| Landmark Series \| MN Saint Paul Collection by Mark Herman | Mark Herman | Collection | -1 |
| Landmark Series \| NY New York City Summer Skyline by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| NY New York City Moonlight by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Guggenheim Museum by Mark Herman | Numeric Press | Print | 99 |
| Landmark Series \| NY Columbus Circle by Mark Herman | Numeric Press | Print | 99 |
| Landmark Series \| NY Apollo Theater by Mark Herman | Numeric Press | Print | 99 |
| Landmark Series \| MN Lake Nokomis by Mark Herman | Mark Herman | Print | 71 |
| Landmark Series \| MN Lake Winona by Mark Herman | Mark Herman | Print | 76 |
| Landmark Series \| MN Lake Washington by Mark Herman | Mark Herman | Print | 78 |
| Landmark Series \| MN Lake Virginia by Mark Herman | Mark Herman | Print | 84 |
| Landmark Series \| MN Lake Vermilion by Mark Herman | Mark Herman | Print | 76 |
| Landmark Series \| MN Lake Superior Woods by Mark Herman | Mark Herman | Print | 77 |
| Landmark Series \| MN Lake Phalen by Mark Herman | Mark Herman | Print | 79 |
| Landmark Series \| MN Lake Ripley by Mark Herman | Mark Herman | Print | 82 |
| Landmark Series \| MN Lake Pepin by Mark Herman | Mark Herman | Print | 76 |
| Landmark Series \| MN Lake of the Woods by Mark Herman | Mark Herman | Print | 73 |
| Landmark Series \| MN Lake of the Isles City View by Mark Herman | Mark Herman | Print | 65 |
| Landmark Series \| MN Lake of the Clouds by Mark Herman | Mark Herman | Print | 82 |
| Landmark Series \| MN Lake Minnewashta by Mark Herman | Mark Herman | Print | 77 |
| Landmark Series \| MN Lake Minnetonka Regatta by Mark Herman | Mark Herman | Print | 79 |
| Landmark Series \| MN Lake Mille Lacs by Mark Herman | Mark Herman | Print | 79 |
| Landmark Series \| MN Lake Jefferson by Mark Herman | Mark Herman | Print | 78 |
| Landmark Series \| MN Lake Irving by Mark Herman | Mark Herman | Print | 83 |
| Landmark Series \| MN Lake Independence by Mark Herman | Mark Herman | Print | 83 |
| Landmark Series \| MN Lake Hubert by Mark Herman | Mark Herman | Print | 57 |
| Landmark Series \| MN Lake Harriet Pavillion by Mark Herman | Mark Herman | Print | 69 |
| Landmark Series \| MN Lake Hiawatha by Mark Herman | Mark Herman | Print | 76 |
| Landmark Series \| MN Lake George by Mark Herman | Mark Herman | Print | 83 |
| Landmark Series \| MN Lake Geneva by Mark Herman | Mark Herman | Print | 82 |
| Landmark Series \| MN Como Lake by Mark Herman | Mark Herman | Print | -6 |
| Landmark Series \| NY Piermont Village by Mark Herman | Mark Herman | Print | 94 |
| Landmark Series \| MN Stillwater Village by Mark Herman | Mark Herman | Print | 90 |

EXHIBIT 1

| Title | Artist | Type | Qty |
|---|---|---|---|
| Landmark Series \| CA Lifeguards Zuma Beach by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Lifeguards Venice Beach by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Lifeguards Surfrider Beach by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Lifeguards Santa Monica by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Lifeguards Redondo Beach by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| CA Lifeguards Point Dume by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Lifeguards Manhattan Beach by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Lifeguards Leo Carrillo Beach by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Hook Mountain by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| MN Bibelot Shop by Mark Herman | Mark Herman | Print | 95 |
| Landmark Series \| NY Sail Piermont by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| NY Piermont Sail Dock by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| MN Shattuck St. Mary's by Mark Herman | Mark Herman | Print | 74 |
| Landmark Series \| MN North Shore Drive Collection by Mark Herman | Mark Herman | Collection | -5 |
| Landmark Series \| MN City of Lakes by Mark Herman | Mark Herman | Collection | -4 |
| Landmark Series \| MN American Swedish Institute Fall by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| CA Walt Disney Concert Hall by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Hollywood Bowl by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Tappan Zee Bridge by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| MN Lake Superior Starry Night by Mark Herman | Mark Herman | Print | 87 |
| City Line \| MN JD Hoyts \| Minneapolis by Mark Herman | Mark Herman | Print | 92 |
| City Line \| MN Nye's Red \| Minneapolis by Mark Herman | Mark Herman | Print | 90 |
| City Line \| MN Grain Belt Sign \| Minneapolis by Mark Herman | Mark Herman | Print | 90 |
| Landmark Series \| MN Minnesota State Fair Blue by Mark Herman | Mark Herman | Print | 87 |
| Landmark Series \| MN Minnesota State Fair Yellow by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN Minnesota State Fair Red by Mark Herman | Mark Herman | Print | 97 |
| Landmark Series \| NY Public Library by Mark Herman | Mark Herman | Print | 99 |
| Landmark University \| UW-Madison Badgers "Big Red" by Mark Herman | Numeric University | Print | 98 |
| Landmark University \| UW-Madison Badgers "Memorial Union" by Mark Herman | Numeric University | Print | 94 |
| City Line \| MN First Avenue Red \| Minneapolis by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| National Parks Voyageurs Collection by Mark Herman | Numeric National P | Collection | 95 |
| Landmark Series \| National Parks Voyageurs Kettle Falls Winter by Mark Herman | Numeric National P | Print | 95 |
| Landmark Series \| National Parks Voyageurs Blue Sky Fishing by Mark Herman | Numeric National P | Print | 90 |
| Landmark Series \| National Parks Voyageurs Misty Lake by Mark Herman | Numeric National P | Print | 94 |
| Landmark Series \| National Parks Voyageurs Winter Fire by Mark Herman | Numeric National P | Print | 88 |
| Landmark Series \| National Parks Voyageurs Blue Canoe by Mark Herman | Numeric National P | Print | 92 |
| Landmark University \| Gustavus "Christ Chapel Winter" by Mark Herman | Numeric University | Print | 97 |
| Landmark University \| Gustavus "Christ Chapel" by Mark Herman | Numeric University | Print | 97 |
| Landmark University \| Gustavus "Old Main Tower" by Mark Herman | Numeric University | Print | 97 |
| Landmark University \| Gustavus "Old Main" by Mark Herman | Numeric University | Print | 89 |
| Landmark Series \| NY Piermont NYC Skyline by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| NY Freedom Tower by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Wall Street Bull by Mark Herman | Mark Herman | Print | 99 |

EXHIBIT 1

| | | | |
|---|---|---|---|
| Landmark Series \| NY Up State by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Trinity Church by Mark Herman | | Print | 100 |
| Landmark Series \| NY Piermont Train Station by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Piermont Erie Railroad by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Piermont on the Hudson Moonlight by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Piermont House Yellow Sky by Mark Herman | | Print | 100 |
| Landmark Series \| NY Piermont House Blue Sky by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY High Line Park by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| NY Piermont on the Hudson Pier by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Central Park Bridge Night by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| NY Central Park Bridge Day by Mark Herman | Numeric Press | Print | 97 |
| Landmark Series \| NY Central Park Fountain Summer by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| NY Central Park Fountain Winter by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| NY Statue of Liberty Orange Burst by Mark Herman | Mark Herman | Print | 100 |
| Landmark University \| UW-Madison Badgers "Camp Randall On Field" by Mark Herman | Numeric University | Print | 96 |
| Landmark University \| UW-Madison Badgers "Red Gym" by Mark Herman | Numeric University | Print | 99 |
| Landmark University \| UW-Madison Badgers "Camp Randall Arch" by Mark Herman | Numeric University | Print | 96 |
| Landmark University \| UW-Madison Badgers "Bascom Hall" by Mark Herman | Numeric University | Print | 96 |
| Birdhouse Series MN \| Grain Belt Brewery Limited Edition 250 | Mark Herman | Print | 97 |
| University of Minnesota TCF Stadium Inaugural Game 2009 | Mark Herman | Print | 97 |
| Landmark Series \| MN Lake Minnetonka Stationview by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| MN Mill City Night by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| CA Hollywood Day by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| WI Apostle Island Cave by Mark Herman | Mark Herman | Print | 75 |
| Landmark Series \| MN St. Croix River Boating by Mark Herman | Mark Herman | Print | 83 |
| Landmark Series \| MN Weisman Museum by Mark Herman | Mark Herman | Print | 96 |
| Landmark Series \| MN Guthrie Theater Winter by Mark Herman | Mark Herman | Print | 91 |
| Birdhouse Series MN \| North Star Blanket Limited Edition 250 | Mark Herman | Print | 8 |
| Landmark Series \| CA Watts Towers Climber by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Venice Canals by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| CA Venice by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Point Dume by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Hollywood Nights by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Malibu Pier Night by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Malibu Pier Sunset by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| CA Malibu Pier Day by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| CA Griffith Park Observatory Mountainside by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| CA Griffith Park Observatory Purple Moon by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Griffith Park Observatory Gold by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| CA Griffith Park Observatory Blue by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| CA The Original Farmers Market by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| CA Chinese Theater Showtime by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| CA Chinese Theater Yellow by Mark Herman | Mark Herman | Print | 99 |

EXHIBIT 1

| | | | |
|---|---|---|---|
| Landmark Series \| CA Chinese Theater Red by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| MN Mill Ruins by Mark Herman | Mark Herman | Print | 96 |
| Landmark Series \| MN Paul Bunyan Winter by Mark Herman | Mark Herman | Print | 73 |
| Landmark Series \| MN Paul Bunyan Lakeside by Mark Herman | Mark Herman | Print | 87 |
| Landmark Series \| MN Paul Bunyan Summer by Mark Herman | Mark Herman | Print | 80 |
| Landmark Series \| MN Lake Minnetonka Wayzata Bay by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| MN Lake Minnetonka Gray's Bay by Mark Herman | Mark Herman | Print | 97 |
| Beanball Series 2014, "Ump" Signed Limited Edition of 25 | Mark Herman | Print | 5 |
| Beanball Series 2014, "No. 11" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 10" Limited Edition of 250 | Mark Herman | Print | 239 |
| Landmark Series \| MN Canal Park Lake Superior by Mark Herman | Mark Herman | Print | 91 |
| Birdhouse Series MN \| Pillsbury's Best Limited Edition 250 | Mark Herman | Print | 237 |
| Birdhouse Series MN \| Pillsbury A-Mill Limited Edition 250 | Mark Herman | Print | 5 |
| Birdhouse Series MN \| Grain Belt Limited Edition 250 | Mark Herman | Print | 4 |
| Birdhouse Series MN \| Gold Medal Flour Limited Edition 250 | Mark Herman | Print | 49 |
| Beanball Series 2014, "No. 9" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 1" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 5" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 7" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 6" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 4" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 3" Limited Edition of 250 | Mark Herman | Print | 240 |
| Beanball Series 2014, "No. 2" Limited Edition of 250 | Mark Herman | Print | 240 |
| City Line: First Avenue Night Club - Signed Limited Edition | Mark Herman | Print | 234 |
| Landmark Series \| MN Prospect Park by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| MN Boundary Waters by Mark Herman | Mark Herman | Print | 48 |
| Landmark Series \| MN Cathedral Hill by Mark Herman | Numeric Press | Print | 94 |
| Landmark Series \| MN Como Park Conservatory by Mark Herman | Mark Herman | Print | 78 |
| Landmark Series \| MN Lake Minnetonka Excelsior Trolley by Mark Herman | Mark Herman | Print | 94 |
| Landmark Series \| MN Fort Snelling by Mark Herman | Mark Herman | Print | 97 |
| Landmark Series \| MN Guthrie Theater by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| MN James J. Hill House St. Paul by Mark Herman | Mark Herman | Print | 96 |
| Landmark Series \| MN Kenwood Park by Mark Herman | Mark Herman | Print | 100 |
| Landmark Series \| MN Kenwood Park Winter by Mark Herman | Mark Herman | Print | 97 |
| Landmark Series \| MN Lake Harriet Trolley by Mark Herman | Mark Herman | Print | 86 |
| Landmark Series \| MN Lake Minnetonka Collection by Mark Herman | Mark Herman | Collection | -1 |
| Landmark Series \| MN Lake Minnetonka Arcola Bridge by Mark Herman | Mark Herman | Print | 96 |
| Landmark Series \| MN Lake Minnetonka Express Boat (H) by Mark Herman | Mark Herman | Print | 93 |
| Landmark Series \| MN Lake Minnetonka Moonlight by Mark Herman | Mark Herman | Print | 85 |
| Landmark Series \| MN Lake Minnetonka Yacht Clubs by Mark Herman | Mark Herman | Print | 93 |
| Landmark Series \| MN Lake Minnetonka Big Island by Mark Herman | Mark Herman | Print | 86 |
| Landmark Series \| MN Lake Nokomis High Dive by Mark Herman | Mark Herman | Print | 78 |
| Landmark Series \| MN Lake of the Isles Night by Mark Herman | Mark Herman | Print | 90 |

EXHIBIT 1

| | | | |
|---|---|---|---|
| Landmark Series \| MN Minneapolis Institute of Arts by Mark Herman | Mark Herman | Print | 97 |
| Landmark Series \| MN Minnehaha Falls by Mark Herman | Mark Herman | Print | 73 |
| Landmark Series \| MN Minnesota State Capitol by Mark Herman | Mark Herman | Print | 88 |
| Landmark Series \| MN The Mississippi Mile Collection by Mark Herman | Mark Herman | Collection | 0 |
| Landmark Series \| MN Minneapolis Landmarks Collection by Mark Herman | Mark Herman | Collection | 94 |
| Landmark Series \| MN Minnesota Landmarks Collection by Mark Herman | Mark Herman | Collection | 99 |
| Landmark Series \| MN Stillwater Lift Bridge Day by Mark Herman | Mark Herman | Print | 84 |
| Landmark Series \| MN St. Croix River by Mark Herman | Mark Herman | Print | 74 |
| Landmark Series \| MN Saint Paul Cathedral by Mark Herman | Mark Herman | Print | 86 |
| Landmark Series \| MN Stone Arch Bridge by Mark Herman | Mark Herman | Print | 85 |
| Landmark Series \| MN Summit Brewing Company Man by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN Summit Brewing Company Bottling by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN Summit Brewing Company Highbridge by Mark Herman | Mark Herman | Print | 91 |
| Landmark Series \| MN American Swedish Institute by Mark Herman | Mark Herman | Print | 96 |
| Landmark Series \| MN American Swedish Institute Winter by Mark Herman | Mark Herman | Print | 96 |
| Landmark Series \| MN American Swedish Institute Summer by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN The Depot Minneapolis by Mark Herman | Mark Herman | Print | 91 |
| Landmark Series \| MN Split Rock Lighthouse Night North Shore by Mark Herman | Mark Herman | Print | 91 |
| Landmark Series \| MN Cedar Lake by Mark Herman | Mark Herman | Print | 85 |
| Landmark Series \| MN Lake Harriet Sail by Mark Herman | Mark Herman | Print | 76 |
| Landmark Series \| MN Nicollet Island Grain Belt Bridge by Mark Herman | Mark Herman | Print | 68 |
| | | | 1 |
| Landmark Series \| MN Mill City Museum Day by Mark Herman | Mark Herman | Print | 87 |
| Landmark Series \| MN Lake Minnetonka Excelsior Ferry by Mark Herman | Mark Herman | Print | 84 |
| Landmark Series \| MN Lake Minnetonka Noerenberg Gardens by Mark Herman | Mark Herman | Print | 95 |
| Landmark Series \| MN Stillwater Lift Bridge Night by Mark Herman | Numeric Press | Print | 97 |
| Landmark Series \| MN Glensheen Mansion Summer by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN Gooseberry Falls Lake Superior by Mark Herman | Mark Herman | Print | 66 |
| Landmark Series \| MN Lake Superior North Pier Lighthouse by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN Lake Superior North Shore by Mark Herman | Mark Herman | Print | 74 |
| Landmark Series \| MN Lake Superior Sail by Mark Herman | Mark Herman | Print | 95 |
| Landmark Series \| MN Enger Tower Minneapolis by Mark Herman | Mark Herman | Print | 98 |
| Landmark Series \| MN Glensheen Mansion Winter by Mark Herman | Mark Herman | Print | 99 |
| Landmark Series \| MN Split Rock Lighthouse Lakeview Day North Shore by Mark Herman | Mark Herman | Print | 83 |
| Landmark Series \| MN Split Rock Lighthouse Red Weather North Shore by Mark Herman | Mark Herman | Print | 75 |
| Landmark Series \| MN Grand Portage North Shore by Mark Herman | Mark Herman | Print | 88 |
| Landmark Series \| MN Minnehaha Creek Winter by Mark Herman | Mark Herman | Print | 64 |
| Landmark Series \| MN Up North by Mark Herman | Numeric Press | Print | 61 |
| Landmark Series \| MN Lake Harriet Rose Garden by Mark Herman | Mark Herman | Print | 85 |
| Landmark Series \| MN Lake Minnetonka Sail by Mark Herman | Mark Herman | Print | 92 |
| Landmark Series \| MN Uptown Theater Minneapolis by Mark Herman | Mark Herman | Print | 82 |

EXHIBIT 1

## **VERIFICATION**

I, Nauni Manty, trustee and plaintiff named in the complaint, declare under penalty of perjury that the facts contained in the foregoing complaint are true and correct to the best of my knowledge, information and belief.

Dated: September 13, 2018

_____
Nauni Manty, Trustee

10