UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Mark E. Herman,
      Debtor.

Chapter 7
BKY 18-40752

## NOTICE OF SETTLEMENT AND SALE

TO:   The United States Trustee, all creditors, and other parties in interest.

On <u>June 7, 2019</u>, or as soon thereafter as the transaction may be completed, the trustee will settle a controversy of the estate and sell property of the estate as follows:

The trustee commenced adversary proceeding 18-4134 against Amber Senn and Numeric Trading Company, asserting avoidance claims and turnover under the bankruptcy code and Minnesota state law. The trustee's claims are in connection with transfers of rental income, business interests, royalties, and regarding turnover of royalties and pre-petition artwork created by the debtor. Ms. Senn and Numeric Trading assert certain good and valid defenses to the adversary claims, including that they provided reasonably equivalent value to the debtor in exchange for the transfers. Ms. Senn also asserts an inability to pay a judgment if one were entered for the amount sought in the complaint.

In exchange for a mutual release of all claims and causes of action, along with all rights, title, and interest to the Artwork, Numeric Trading will pay a total of $52,500 to the bankruptcy estate as follows:

      $10,000.00 within 14 days of an order approving the settlement and sale;

      $11,000.00 by October 1, 2019;

      $11,000.00 by February 1, 2020;

      $11,000.00 by June 1, 2020; and

      $9,500.00 by September 1, 2020

From the total, the trustee will allocate $12,500 to the sale of the Artwork and $40,000.00 to settlement of the avoidance claims. This sale and settlement is contingent upon an order granting the trustee's motion for sale free and clear of liens, encumbrances and other interest, docket no. 42.

The trustee believes this is a reasonable price for the Artwork, given the uniqueness of this asset. Finding a buyer of digital art files could be challenging. Also, Mr. Herman could create new

post-petition work, possibly reducing the value of the pre-petition artwork. Also, sale to Numeric Trading saves the bankruptcy estate the expenses related to marketing a sale, negotiating a sale, and commissions related to a sale.

The trustee believes the settlement of avoidance claims is likewise reasonable, given the value defenses and collectability issues.

If Ms. Senn or Numeric Trading default under the terms of this settlement agreement by failing to make a scheduled payment, the trustee will send a notice of default and allow fifteen days to cure the default. Upon a failure to cure a default, the amount due shall be accelerated and the trustee shall be entitled to judgment against Ms. Senn and Numeric Trading for the amount then due and owing.

Ms. Senn and Numeric Trading shall not be allowed to file a claim in the debtor's bankruptcy case. Upon payment of the full settlement, the parties with release each other of all claims and causes of action related in any way to this bankruptcy case and adversary proceeding. Within ten days of receiving the first scheduled payment or within ten days after an order approving this settlement, whichever is later, the parties will file a stipulation of dismissal with prejudice in the adversary proceeding.

For the foregoing reasons, the trustee believes this settlement and sale is in the best interest of the bankruptcy estate.

## **OBJECTION:     MOTION:     HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U.S. Courthouse | Manty & Associates, P.A. |
| 301 U.S. Courthouse | 300 South Fourth Street | 401 2nd Avenue N., Suite 400 |
| 300 South Fourth Street | Minneapolis, MN 55415 | Minneapolis, MN 55401 |
| Minneapolis, MN 55415 | | |

Dated: May 14, 2019         By:/e/ Nauni Manty
                                    Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: MARK E HERMAN | CASE NO: 18-40752<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/14/2019, I did cause a copy of the following documents, described below,

Notice of Settlement and Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/14/2019

/s/ Nauni Manty
Nauni Manty  230352

401 2nd Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: MARK E HERMAN | CASE NO: 18-40752 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/14/2019, a copy of the following documents, described below,

Notice of Settlement and Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/14/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty

401 2nd Ave. N., Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | BRIGADOON LLC | HENNEPIN COUNTY ATTORNEYS OFFICE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 08644 | WILFORD GESKE COOK PA | HENNEPIN COUNTY ATTORNEYS OFFICE |
| CASE 18-40752 | 7616 CURRELL BLVD | A-2000 GOVERNMENT CENTER |
| DISTRICT OF MINNESOTA | SUITE 200 | 300 SOUTH SIXTH STREET |
| MINNEAPOLIS | WOODBURY MN 55125-2296 | MINNEAPOLIS MN 55487-0200 |
| TUE MAY 14 13-10-35 CDT 2019 | | |

EXCLUDE
MINNEAPOLIS
301 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

BRIGADOON LLC
7575 GOLDEN VALLEY RD
MINNEAPOLIS MN 55427-4562

CHRYSLER CAPITAL
PO BOX 961272
FORT WORTH TX 76161-0272

GLEN HERMAN
3110 CHESTNUT STREET N
107
CHASKA MN 55318-4594

GURSTEL LAW FIRM PC
ATTN MARK MILLER
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427-4601

HENNEPIN COUNTY
300 S 6TH STREET
A-600 GOVERNMENT CENTER
MINNEAPOLIS MN 55487-0001

HENNEPIN COUNTY ATTORNEY
200 GOVERMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487-0999

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KENWOOD FINANCE LLC
2800 WOOLSEY LANE
WAYZATA MN 55391-2753

MINNESOTA DEPT OF REVENUE
COMPLIANCE DIVISION551 BKY SECT
PO BOX 64651
ST PAUL MN 55164-0651

PARK NICOLLET
3800 PARK NICOLLET BLVD
MINNEAPOLIS MN 55416-2699

PARKER ROSEN LLC AND OR DANIEL N ROSEN
DAN
60 SO 6TH STREET
SUITE 3615
MINNEAPOLIS MN 55402-4436

ROBERTA LYNNE HERMAN
8909 66TH AVENUE N
MINNEAPOLIS MN 55428-1820

STATE OF MINNESOTA
DEPT OF REVENUE
PO BOX 64447 - BKY
ST PAUL MN 55164-0447

US DEPARTMENT OF JUSTICE
PO BOX 7238
BEN FRANKLIN STATION
WASHINGTON DC 20044-7238

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

WILFORD GESKE
ATTORNEYS AT LAW
7616 CURRELL BLVD 200
SAINT PAUL MN 55125-2296

WINTHROP WEINSTINE
CAPELLA TOWER SUITE 3500
225 S 6TH STREET
MINNEAPOLIS MN 55402-4601

EXCLUDE
JOHN A HEDBACK
HEDBACK CARLSON PLLC
2055 ANTHONY LN S
STE 201
ST ANTHONY MN 55418-2637

DEBTOR
MARK E HERMAN
1820 GIRARD AVENUE SOUTH
MINNEAPOLIS MN 55403-2943

EXCLUDE
NAUNI JO MANTY
MANTY ASSOCIATES PA
401 SECOND AVENUE NORTH
SUITE 400
MINNEAPOLIS MN 55401-2097

ROBERTA HERMAN
CO WINTHROP WEINSTINE PA AMH
225 SOUTH SIXTH STREET SUITE 3500
MINNEAPOLIS MN 55402-4629