# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          BKY 18-40752
                                                                   Chapter 7

Mark E. Herman,

             Debtor.

## NOTICE OF EXPEDITED HEARING AND MOTION TO APPROVE AMENDED AND CLARIFIED SETTLEMENT AGREEMENT

TO:    The parties-in-interest as provided under Local Rule 9013-3(a)(2).

1.      Nauni Manty, Trustee, moves the Court for the relief requested herein and gives notice of hearing.

2.      The Court will hold an **expedited hearing** on this motion before the Honorable Kathleen H. Sanberg, on Wednesday, December 9, 2020 at 9:30 a.m., in Courtroom 8W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3.      Due to the expedited nature of this motion, any response to this motion must be filed and served not later than 2 hours before the hearing date and time. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Rules 2002 and 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1, 9006-1 and 9013-3. This is a core proceeding.

5.      The relief sought in this motion is based upon Federal Rules of Bankruptcy Procedure 2002, 6004, 9007, and Local Rules 6004-1and 9013-3.

6.      On March 15, 2018, Debtor filed a voluntary petition for relief under Chapter 7 of

the United States Code in the United States Bankruptcy Court for the District of Minnesota.  The

Trustee is the duly appointed trustee of the Debtor's bankruptcy estate.

7.      In his bankruptcy schedules, Debtor did not list an interest in any artwork other than

to claim an interest in royalties.  Further, the Debtor falsely stated at his first meeting of creditors

that he had transferred his interest in certain artwork to Senn for the sum of $1.00 which was false

but led to the Trustee commencing Adv. No. 18-4134 against Senn (the "**Adversary**

**Proceeding**").  The Adversary Proceeding was settled by Senn agreeing to purchase the art that

was property of the bankruptcy estate as described in the settlement agreement executed on July

9, 2019 (the "**Settlement Agreement**"), and approved by the Court on June 27, 2019 [docket item

47], as "digital artwork created by the Debtor pre-petition is estate property" (defined as

"**Artwork**").  No objections were made by the Debtor or other party to the settlement.

8.      Senn has paid the Trustee the sum of $52,500.00 to acquire the Artwork "along

with all rights, title, and interest to the Artwork."  Additionally, the Trustee filed a motion seeking

to sell the Artwork free and clear of claims and interests which was approved by the Court on June

26, 2019.

9.      Senn has been marketing and selling the Artwork as her livelihood.  Beginning

around late November 2020, Debtor contacted the web sites used by Senn to sell the art, such as

Etsy and Shopify, and informed them that he held copyrights to the Artwork being sold and that

they should cease and desist from allowing Senn to sell on those platforms.  A number of platforms

have ceased Senn's marketing of the Artwork due to wrongful interference by the Debtor.

10.     When confronted by counsel for Senn, counsel for the Debtor claimed that (a) the

Trustee had not transferred copyrights in the Artwork to Senn and that, (b) since the copyrights

had not been administered by the Trustee, they reverted back to the Debtor.   Neither is true and

2

the Trustee and Senn disagree with the Debtor's assessment of the law and facts. The Trustee and

Senn further agree that the Artwork and any copyrights thereof were estate property and sold to

Senn, who has now acquired every interest whatsoever in the Artwork and that Debtor has no

interest, at all.

11.     It does not appear that the Debtor ever registered any copyrights in the Artwork he

may have had and, regardless, he did not schedule copyrights in the Artwork in his bankruptcy

case. If such copyrights exist, they are estate property and were sold to Senn. The Debtor has no

interest in those copyrights should they exist.

12.     The Trustee and Senn desire to clarify the bankruptcy estate property which was

transferred to Senn in furtherance of the prior Settlement Agreement and sale. Neither the Trustee

nor Senn believe that the Debtor has an interest in any of his prepetition art or associated

intellectual property as all such interests have been transferred to Senn by way of Settlement

Agreement and sale.

13.     The Amended and Clarified Settlement Agreement for which expedited approval is

sought is intended to clarify the property interests transferred to Senn. A copy of the Amended

and Clarified Settlement Agreement is attached as <u>Exhibit 1</u> and incorporated herein.

14.     If the Amended and Clarified Settlement Agreement is not approved by the Court,

then the copyrights to the Artwork remain the property of Senn, or are bankruptcy estate property,

and do not belong to the Debtor.

15.     Expedited relief is needed in this case to clarify the rights acquired by Senn so that

she may again market the Artwork.  Debtor's actions have caused Senn great harm during what

is typically her best season for selling Artwork. In fact, Debtor's actions may have been timed to

achieve this outcome. Expedited relief is needed to allow Senn to operate her business once again.

Senn believes that it is necessary to have specific provisions contained in the court order to remedy the situation with the various sale platforms.

16.     The Trustee gives notice that she, Senn or the Debtor may be called to testify at any final hearing as to this matter.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

1.     Granting the Trustee's request for expedited relief;

2.     Approving the Amended and Clarified Settlement Agreement described herein; and

3.     Granting such other and further relief as the court deems just and equitable.

**MANTY & ASSOCIATES, P.A.**

Dated:  December 3, 2020

*/e/ Mary F. Sieling*
Nauni Manty (230352)
Mary  Sieling (389893)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Phone:  (612) 465-0901
Email:  mary@mantylaw.com

*Attorneys for Nauni Manty, Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                              BKY 18-40752
                                                       Chapter 7

Mark E. Herman,

      Debtor.

## AMENDED AND CLARIFIED SETTLEMENT AGREEMENT

This Amended and Clarified Settlement Agreement (the "**Agreement**") is made and entered into this _____ day of December 2020, by and between Nauni Manty, in her capacity as chapter 7 trustee ("**Trustee**") for the bankruptcy estate of Mark E. Herman ("**Debtor**"), and Amber Senn and Numeric Trading Company (collectively, "**Senn**").

### R E C I T A L S

WHEREAS, on March 15, 2018, Debtor filed a voluntary petition for relief under Chapter 7 of the United States Code in the United States Bankruptcy Court for the District of Minnesota; and,

WHEREAS, the Trustee is the duly appointed trustee of the Debtor's bankruptcy estate; and,

WHEREAS, in his bankruptcy schedules, Debtor did not list an interest in any artwork other than to claim an interest in royalties; and,

WHEREAS, Debtor falsely stated at his first meeting of creditors that he had transferred his interest in certain artwork to Senn for the sum of $1.00 which was false but led to the Trustee commencing Adv. No. 18-4134 against Senn (the "**Adversary Proceeding**"); and,

WHEREAS, the Adversary Proceeding was settled by Senn agreeing to purchase the art that was property of the bankruptcy estate as described in the a settlement agreement executed on

**Exhibit 1**

July 9, 2019 (the "**Settlement Agreement**"), and approved by the Court on June 27, 2019 [docket item 47], as "digital artwork created by the Debtor pre-petition is estate property" (defined as "**Artwork**"); and,

WHEREAS, Senn has paid the Trustee the sum of $52,500.00 to acquire the Artwork "along with all rights, title, and interest to the Artwork;" and,

WHEREAS, in addition to the Settlement Agreement, the Trustee filed a motion seeking to sell the Artwork free and clear of claims and interests which was approved by the Court on June 26, 2019 [docket item 46]; and,

WHEREAS, Senn has been marketing and selling the Artwork as her livelihood; and,

WHEREAS, beginning around late November 2020, Debtor contacted the web sites used by Senn to sell the art, such as Etsy and Shopify, and informed them that he held copyrights to the Artwork being sold and that they should cease and desist from allowing Senn to sell on those platforms; and,

WHEREAS, a number of platforms have ceased Senn's marketing of the Artwork due to wrongful interference by the Debtor; and,

WHEREAS, when confronted by counsel for Senn, counsel for the Debtor claimed that (a) the Trustee had not transferred copyrights in the Artwork to Senn and that, (b) since the copyrights had not been administered by the Trustee, they reverted back to the Debtor; and,

WHEREAS, the Trustee and Senn disagree with the Debtor's assessment of the law and facts and further agree that Senn has acquired every interest whatsoever in the Artwork and that Debtor has no interest, at all, in the same; and,

2

**Exhibit 1**

WHEREAS, it does not appear to the parties hereto that the Debtor ever registered any copyrights in the Artwork he may have had and, regardless, he did not schedule copyrights in the Artwork in his bankruptcy case; and,

WHEREAS, the Trustee and Senn desire to clarify the bankruptcy estate property which was transferred to Senn in furtherance of the prior Settlement Agreement and sale; and,

WHEREAS, neither the Trustee nor Senn believe that the Debtor has an interest in any of his prepetition art or associated intellectual property as all such interests have been transferred to Senn by way of Settlement Agreement and sale; and,

WHEREAS, this Amended and Clarified Settlement Agreement is intended to clarify the property interests transferred to Senn.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1.      The parties' intentions in the prior Settlement Agreement and Sale were to transfer all rights in the Artwork to Senn of every kind whatsoever, including any copyrights and renewals or extensions thereto.  However, due to the actions of the Debtor, the parties agree to clarify the transfer as follows:

      a.   The art transferred by the bankruptcy estate includes but is not limited to, all digital art created by the Debtor up to the date of the commencement of his bankruptcy case, March 15, 2018.  The specific art transferred to Senn includes, but is not limited to, the art listed on Exhibit A hereto.  This shall be referred to as the "**Clarified Artwork**."

      b.   All rights already transferred by the bankruptcy estate to Senn are also included within the definition of Clarified Artwork.

      c.   The transfer of the Clarified Artwork by the bankruptcy estate to Senn includes all intellectual property rights, including copyrights, including rights of extensions and renewals thereof, held by the Debtor in the Clarified Artwork.

      d.   The Trustee hereby conveys, transfers and irrevocably assigns to Senn all rights, title and interest to the Clarified Artwork, including but not limited to, the entire and exclusive copyrights under federal and state copyrights laws, in the United

3

**Exhibit 1**

States and all jurisdictions outside the United States, its common law copyrights and all other intellectual property rights associated and subsisting in the Clarified Artwork.

e.  Senn shall be the exclusive owner of the Clarified Artwork and of the copyright in the Clarified Artwork and shall have the exclusive right to secure registration of the copyright in the Clarified Artwork internationally. No rights in the Clarified Artwork or in the copyright in the Clarified Artwork, shall be retained by the Trustee or the Debtor, nor shall there be any reversion of those rights to the Trustee or the Debtor in the future.

f.  The Trustee hereby agrees that the exclusive rights assigned and transferred to Senn under state and federal copyright laws shall include the right to reproduce the Clarified Artwork; the right to prepare derivative works based on the Clarified Artwork; the right to distribute copies to the public of the Clarified Artwork; the right to display the Clarified Artwork publicly, the right to alter, exploit and make changes to the Clarified Artwork, including any and all other privileges and rights to the Clarified Artwork attributed to a copyright owner.

g.  The Trustee hereby conveys, transfers and irrevocably assigns to Senn the ownership any material object in its tangible form, in which the copyrightable Clarified Artwork is embodied.   The Trustee acknowledges that any material object is the Clarified Artwork in its tangible form.

h.  To the extent that such exist, the Trustee hereby conveys, transfers and irrevocably assigns to Senn her full term and renewal term copyright rights in the under federal and state copyright laws with respect to the Clarified Artwork.

i.  The Trustee agrees that this assignment and transfer of copyrights subsisting in the Clarified Artwork, will remain in effect for the entire duration of such copyrights and will include all exclusive rights, interest and ownership under the copyright laws.

j.  The parties agree that the any rights which were held by the Debtor as of the commencement of his bankruptcy case related to the Clarified Artwork, or associated therewith, have been transferred to Senn and that the Debtor has no right or interest in the Clarified Artwork.

2.    While this Amended and Clarified Settlement Agreement clarifies the rights transferred by the bankruptcy estate to Senn, it does not mean that the rights have not already been transferred to Senn by way of the prior sale and Settlement Agreement.

**Exhibit 1**

3.      The parties agree that, for many reasons, including the prior Settlement Agreement and sale, and that because Debtor never scheduled an in interest in any art or intellectual property, that the Debtor has no interest whatsoever in the Clarified Artwork.

4.      This Amended and Clarified Settlement Agreement is subject to the approval of the U.S. Bankruptcy Court but in no way diminishes or alters the prior the sale or Settlement Agreement.

5.      To the extent that any additional rights are being transferred to Senn by this Amended and Clarified Settlement Agreement, those rights are being sold "as is" without any representations or warranties by the Trustee.

6.      The parties represent and warrant that they have not transferred or assigned or otherwise sold any portion of their claims, interests, defenses or causes of action of any nature whatsoever that each party is releasing or assigning hereunder and that each such party is the sole owner of all such respective claims, interests, defenses or causes of action.

7.      Each party hereto acknowledges and represents that he or she is represented by a licensed attorney or has had the opportunity to consult with an attorney of his or her

choice with respect to this Amended and Clarified Settlement Agreement.

8.      Neither this Amended and Clarified Settlement Agreement, any provision in this Amended and Clarified Settlement Agreement, any document referred to in this Amended and Clarified Settlement Agreement nor any action taken to carry out this Amended and Clarified Settlement Agreement is or may be construed as or may be used against any of the parties hereto or third parties as an admission or concession on any point of fact or law, of any alleged fault, wrongdoing or liability whatsoever. All parties acknowledge and agree that this Amended and

Exhibit 1

Clarified Settlement Agreement has been entered into solely for purposes of clarifying prior transactions between the parties.

9.      This Amended and Clarified Settlement Agreement shall be governed by, construed and enforced in accordance with the laws of the State of Minnesota.

10.     This Amended and Clarified Settlement Agreement may be executed in two or more counterparts, all of which taken together shall constitute one instrument. This Agreement may be executed by exchange of facsimile or electronic copies of original executed signatures and each such copy shall be deemed to be an original executed signature.


Date:   December _____, 2020          _____
                                        Nauni Manty, in her capacity as chapter 7 trustee


Date:   December _____, 2020          _____
                                        Amber Senn


                                        NUMERIC TRADING COMPANY


Date:  December _____, 2020           By: _____
                                            Amber Senn
                                            Its President

                                                              **Exhibit 1**

# Mark Herman Art Catalog

-To March 2018

## Contents

### Kill Kancer

A collection of rock poster inspired Cancer prevention posters

### Landmark Series

This collection includes art depicting local landmarks in MN, CA, WI, OR, NY, FL

### Bean Ball

A collection of black & white baseball players at the moment of baseball impact

### City Line

This collection is a a grittier black & white based set of local city landmarks in Minneapolis

### Misc

Various other artworks including Kill Kancer charity rock-concert style posters

### Bird House Series

A set of iconic Minneapolis buildings in various states of dilapidation

---

Landmark Collection - MN


American Swedish Institute Fall


American Swedish Institute Summer


American Swedish Institute Yellow


American Swedish Institute Winter


Bde Maka Ska


The Bibelot Shops


Boreal Forest

Boundary Waters Portage

Boundary Waters Canoe

Landmark Series - MN


Canal Park


Cathedral Hill

Cedar Lake


Como Lake


Como Park Conservatory


Children's Theater Company


Enger Tower Lake Superior


Fort Snelling


Foshay Tower

**Exhibit A**

Landmark Series - MN


Glensheen Mansion Summer


Glensheen Mansion Winter


Gooseberry Falls


Kenwood Park Winter


Lake Bemidji


Lake Calhoun


Grand Portage


Guthrie Theater


Guthrie Theater Winter


Lake Geneva


Lake George


Lake Harriet  Pavillion


Independence Day


James J Hill House


Kenwood Park


Lake Harriet Rose Garden


Lake Harriet Sailboat


Lake Harriet Trolley

Landmark Series - MN


Lake Hiawatha


Lake Hubert


Lake Independence


Lake Minnetonka  Express Boat


Lake Minnetonka Gray's Bay


Lake Irving


Lake Jefferson


Lake Mille Lacs


Lake Minnetonka  Moonlight


Lake Minnetonka Noerenberg Gardens


Lake Minnetonka Regatta


Lake Minnetonka Arcola Bridge


Lake Minnetonka Big Island


Lake Minnetonka Excelsior Ferry


Lake Minnetonka Sailing


Lake Minnetonka Stationview


Lake Minnetonka Wayzata Bay

Exhibit A

**Landmark Series - MN**




Grandview Lodge

Lake Minnetonka  Yacht Clubs

Lake Minnewashta



Lake Nokomis Bridge

Lake Nokomis Dive

Lake of the Clouds





Lake of the Isles City View

Lake of the Isles Day

Lake of the Isles Night

**Landmark Series - MN**





Lake of the Woods

Lake Pepin

Lake Phalen





Lake Ripley

Lake Superior North Pier

Lake Superior North Shore




Lake Superior Sailing

Lake Superior Starry Night

Lake Superior Woods

**Landmark Series - MN**



Lake Vermilion

Lake Virginia

Lake Washington



Lake Winona

Minneapolis Institute of Art

Mill City Museum Day




Mill City Museum Night

Mill City Ruins

Minneapolis Landmarks 9-Up

**Landmark Series - MN**






Minnehaha Creek

Minnehaha Falls

Minnesota State Capitol



Minnesota State Fair Blue

Minnesota State Fair Red

Minnesota State Fair Yellow



Mall of America

Nicollet Island

Olympic Hills Clubhouse





**Exhibit A**

**Landmark Series - MN**


Olympic Hills Field


Paul Bunyan Lakeside


Paul Bunyan Summer


Paul Bunyan Winter


Prospect Park


Shattuck St. Mary's


Split Rock Lighthouse Day


Split Rock Lighthouse Night


Split Rock Lighthouse Red Weather

**Landmark Series - MN**


St. Croix Boating


St. Croix River


Stillwater Lift Bridge Day


Stillwater Lift Bridge Night


Stone Arch Bridge


Saint Paul Cathedral


Saint Paul High Bridge


Summit Brewing Company Bottling


Summit Brewing Company Man

**Landmark Series - MN**


Summit Brewing Company High Bridge


The Depot


Up North


Uptown Theater Minneapolis


US Bank Stadium


Weisman Art Museum

**Landmark Series - MN**


Minneapolis Skyline

## MN Landmark Collection Prints



City of Lakes 5-Up

Lake Minnetonka  5-Up

Mississippi Mile 5-Up

North Shore Drive 5-Up

St Paul 5-Up

MOA Mural

**Exhibit A**

Landmark Series - CA


Arroyo Burro Beach


Carpenteria Beach Lifeguard


Chinese Theatre Red

Landmark Series - CA


Hollywood Bowl Valley


Hollywood Bowl Fireworks


Hollywood Days


Chinese Theate eShowtime


Chinese Theatre Yellow


Original Farmer's Market


Hollywood Night


Leo Carillo Beach Lifeguard


Malibu Pier Day


Griffith Park Observatory Blue


Griffith Park Observatory Gold Dome


Griffith Park Observatory Moon


Malibu Pier Night

Malibu Pier Sunset


Manhattan Beach Lifeguard



Landmark Series - CA


Point Dume


Point Dume Lifeguard


Redondo Beach Lifeguard

Landmark Series - CA


Griffith Park Observatory Mountainside


Walt Disney Concert Hall


Watts Towers Climber


Santa Barbara Mission


Santa Monica Lifeguard


Surfrider Beach Lifeguard


Venice Beach Sprong Aqua


Venice Beach Sprong  Dark Blue


Venice Beach Sprong Light Blue


Venice Beach Lifeguard


Venice Canals


Venice Streetlights


Venice Beach Sprong Red


Zuma Beach Lifeguard

**Exhibit A**

### Landmark Series - NY



Apollo Theater Harlem



Central Park Bridge Day



Central Park Bridge Night

### Landmark Series - NY



Freedom Tower One World Trade Center



New York City Moonlight on the Hudson



New York Public Library



Central Park Fountain Summer



Central Park Fountain Winter



Columbus Circle



New York City Summer on the Hudson



Piermont Erie Railroad



Piermont House Blue Sky



Guggenheim Museum



High Line Park



Hook Mountain on the Hudson



Piermont House Yellow



Piermont on the Hudson Summer



Piermont Sail Dock

### Landmark Series - NY



Piermont Railroad Station



Sail Piermont



Statue of Liberty Orange Burst

### Landmark Series - OR



Mt. Hood



Tappan Zee Bridge



Trinity Church



Up State

### Landmark Series - WI



Apostle Islands Caves



Apostle Islands Sail

### Landmark Series - SD



Mount Rushmore



Wall Street Bull



Piermont on the Hudson Ducks (H)

Piermont Village Yellow (H)

**Exhibit A**

**Landmark Series - National Parks**


Grand Portage National Monument


Voyageurs Blue Canoe


Voyageurs Blue Sky Fishing


Voyageurs Kettle Falls Winter


Voyageurs Misty Lake


Voyageurs Winter Fire

Voyageurs 5-Up

**Landmark Series - University**


UW- Bascom Hall


UW- Big Red


UW- Camp Randall Arch


UW- Camp Randall On Field


Gustavus Christ Chapel

Gustavus Christ Chapel Winter


Gustavus Old Main


Gustavus Old Main Tower


UW Memorial Union Terrace

**Landmark Series - University**


UW- Red Gym


UMN Folwell Hall


UMN- Regis Center for Art


UMN - Social Sciences Building


UMN- Gopher Football

UMN- Inaugural Game

**Landmark Series - Great Lakes**


Lake Erie


Lake Huron


Lake Michigan


Lake Ontario


Lake Superior Drive

**Exhibit A**

**City Line**



First Avenue Prince    First Avenue Red    Grain Belt Sign





JD Hoyts    Nye's Red    JD Hoyt's Streetview





Commander Stillwater    Foshay Painted Red    Gold Medal Flour





Grain Belt Brewery    Grain Belt Sign    North Star Blanket

Pillsbury A-Mill    Pillsbury's Best

**Kill Kancer**



KK April - ORAL    KK February - TESTICULAR    KK January - CERVICAL





KK March - COLORECTAL    KK May - SKIN    KK November - LUNGS







KK October - BREAST    KK September - PROSTRATE

**Bean Ball**



Beanball No 2    Beanball No 3    Beanball No 4





Beanball No 6    Beanball Ump    Beanball No 7

Beanball No 9    Beanball No 10    Beanball No 11



**Exhibit A**



Bean Ball



Beanball Fielder



Beanball Catcher



The Big Game Eagles



The Big Game  Patriots



Minneapolis Miracle



The Big Game NFL



The Bold North Stamp






The Bold North Us Bank Stadium Player

Misc Nautical



Fisher Aqua

Grey Sunset Sail

Fisher Yellow

Rowboat Blue

Rowboat Mint Green

Rowboat Red

Delta 747



Atlanta 747

Detroit 747



Minneapolis 747

Los Angeles 747

Seattle 747



All Hail the Queen 747 Logo

**Exhibit A**

Hunt Club















Wild Wings Art

GM 150 Years

Jumpin Cowboys



Sun Country Hometown Lakes

The Hunter



Dali Specs

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    BKY 18-40752
                                                              Chapter 7
Mark E. Herman,

      Debtor.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO APPROVE AMENDED AND CLARIFIED SETTLEMENT AGREEMENT

Nauni Manty, the Chapter 7 Trustee for the Mark E. Herman bankruptcy estate files this Memorandum in Support of her Motion to Approve the Amended and Clarified Settlement Agreement. The matter has been set for hearing.

## INTRODUCTION

A detailed explanation factors that informed the trustee's judgment to pursue the Amended and Clarified Settlement is set forth in the Trustee's Notice of Hearing and Motion to Approve Amended and Clarified Settlement Agreement served and filed herewith. In summary, the trustee seeks to clarify an earlier settlement and sale due to adverse actions taken by the debtor against the buyer of the Artwork. To avoid further interference from the debtor, the trustee and Senn seek to clarify what was included in the sale.

The trustee previously filed motion to sell the artwork to Senn free and clear of liens [docket item 42], which motion was approved by court order dated June 26, 2019 [docket item 46]. The trustee also filed a notice of settlement and sale in connection with the sale of Artwork to Senn [docket item 43], which was approved by court order dated June 27, 2019, [docket item 47]. An order approving a sale is a final order. *Sugarloaf Ind. & Marketing Co., LLC v. Quaker City Castings, Inc.* 337 B.R. 729, 2005 WL 307860, (6th Cir. BAP 2005) (unpublished decision)

(citing *In re Sax*, 796 F.2d 994, 996 (7th Cir.1986)).  The court's previous two orders regarding sale of the artwork are final.

The sale and settlement included all rights, title and interest in the artwork. Given the debtor's recent conduct, the parties seek an order clarifying exactly what the trustee sold to Senn as contemplated by their original agreement and clarified in the Amended and Clarified Settlement Agreement.

Expedited relief is required as the Debtor's actions are causing extremely adverse consequences to Senn as detailed in the Verified Notice of Hearing and Motion served and filed herewith.

In the Trustee's judgment, the Amended and Clarified Settlement Agreement is the best way to clarify an already Court-approved settlement and sale.

## CONCLUSION

The Trustee requests that her request for expedited relief, and approval of the Amended and Clarified Settlement Agreement, be approved.

**MANTY & ASSOCIATES, P.A.**

Dated:  December 3, 2020

/e/ *Mary F. Sieling*
Nauni Manty (230352)
Mary F. Sieling (389893)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Phone:  (612) 465-0901
Email:  mary@mantylaw.com

*Attorneys for Nauni Manty, Trustee*

## <u>VERIFICATION</u>

I, Nauni Manty, trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.


Dated: December 2, 2020

_____

Nauni Manty, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE: MARK E HERMAN

CASE NO: 18-40752

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 7

---

On 12/3/2020, I did cause a copy of the following documents, described below,

Notice of Expedited Hearing and Motion to Approve Amended and Clarified Settlement Agreement; Memo of Law; and Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/3/2020

/s/ Nauni Manty
Nauni Manty
Manty& Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402
612 465 0954

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  MARK E HERMAN

CASE NO: 18-40752

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 12/3/2020, a copy of the following documents, described below,

Notice of Expedited Hearing and Motion to Approve Amended and Clarified Settlement Agreement; Memo of Law; and Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/3/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty& Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT A PDF OF THE NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 18-40752
DISTRICT OF MINNESOTA
MINNEAPOLIS
THU DEC 3 13-03-33 CST 2020

BRIGADOON LLC
WILFORD GESKE   COOK PA
7616 CURRELL BLVD
SUITE 200
WOODBURY MN 55125-2296

HENNEPIN COUNTY ATTORNEYS OFFICE
HENNEPIN COUNTY ATTORNEYS OFFICE
A-2000 GOVERNMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487-0200

~~EXCLUDE~~
~~MINNEAPOLIS~~
~~301 DIANA E MURPHY US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

BRIGADOON LLC
7575 GOLDEN VALLEY RD
MINNEAPOLIS MN 55427-4562

CHRYSLER CAPITAL
PO BOX 961272
FORT WORTH TX 76161-0272

GLEN HERMAN
3110 CHESTNUT STREET N
107
CHASKA MN 55318-4594

GURSTEL LAW FIRM PC
ATTN MARK MILLER
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427-4601

HENNEPIN COUNTY
300 S 6TH STREET
A-600 GOVERNMENT CENTER
MINNEAPOLIS MN 55487-0001

HENNEPIN COUNTY ATTORNEY
200 GOVERMENT CENTER
300 SOUTH SIXTH STREET
MINNEAPOLIS MN 55487-0999

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KENWOOD FINANCE LLC
2800 WOOLSEY LANE
WAYZATA MN 55391-2753

MINNESOTA DEPT OF REVENUE
COMPLIANCE DIVISION551 BKY SECT
PO BOX 64651
ST PAUL MN 55164-0651

PARK NICOLLET
3800 PARK NICOLLET BLVD
MINNEAPOLIS MN 55416-2699

PARKER ROSEN LLC AND OR DANIEL N ROSEN
DAN
60 SO 6TH STREET
SUITE 3615
MINNEAPOLIS MN 55402-4436

ROBERTA LYNNE HERMAN
8909 66TH AVENUE N
MINNEAPOLIS MN 55428-1820

STATE OF MINNESOTA
DEPT OF REVENUE
PO BOX 64447 - BKY
ST PAUL MN 55164-0447

US DEPARTMENT OF JUSTICE
PO BOX 7238
BEN FRANKLIN STATION
WASHINGTON DC 20044-7238

~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

WILFORD   GESKE
ATTORNEYS AT LAW
7616 CURRELL BLVD 200
SAINT PAUL MN 55125-2296

WINTHROP  WEINSTINE
CAPELLA TOWER SUITE 3500
225 S 6TH STREET
MINNEAPOLIS MN 55402-4601

AMBER SENN
1400 LINCOLN AVENUE SOUTH
MINNEAPOLIS MN 55403-2803

DEBTOR
MARK E HERMAN
1820 GIRARD AVENUE SOUTH
MINNEAPOLIS MN 55403-2943

~~EXCLUDE~~
~~NAUNI JO MANTY~~
~~MANTY  ASSOCIATES PA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3125~~
~~MINNEAPOLIS MN 55402-4221~~

RANDALL SMITH
RANDALL SMITH LAW OFFICE
LAKES  PLAINS BUILDING SUITE 200
842 RAYMOND AVENUE
ST PAUL MN 55114-1551

ROBERTA HERMAN
CO WINTHROP  WEINSTINE PA AMH
225 SOUTH SIXTH STREET SUITE 3500
MINNEAPOLIS MN 55402-4629

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                    BKY 18-40752
                                                                                Chapter 7
Mark E. Herman,

        Debtor.

## ORDER GRANTING EXPEDITED MOTION AND APPROVING AMENDED AND CLARIFIED SETTLEMENT AGREEMENT

This case is before the Court on the Notice of Expedited Hearing and Motion to Approve Amended and Clarified Settlement Agreement between the Numeric Trading Company and Amber Senn, on the one hand, and Nauni Manty, trustee of the bankruptcy estate of Mark E. Herman on the other.

Based on the record, and no objections having been filed,

IT IS ORDERED:

1.     The request of Nauni Manty, trustee for expedited relief is granted.

2.     The Amended and Clarified Settlement Agreement is approved.

3.     All rights to the artwork listed on Exhibit A to this Order (the "Clarified Artwork") have been transferred by the bankruptcy estate to Numeric Trading Company and Amber Senn (collectively, "Senn").  More specifically,

    a.     The art transferred by the bankruptcy estate includes but is not limited to, all digital art created by the debtor up to the date of the commencement of his bankruptcy case, March 15, 2018.  The specific art transferred to Senn includes, but is not limited to, the Clarified Artwork.

    b.     All rights previously transferred by the bankruptcy estate to Senn are also included within the definition of Clarified Artwork.

c.  The transfer of the Clarified Artwork by the bankruptcy estate to Senn includes all intellectual property rights, including copyrights, including rights of extensions and renewals thereof, held by the debtor in the Clarified Artwork.

d.  The trustee has conveyed, transferred and irrevocably assigned to Senn all rights, title and interest to the Clarified Artwork, including but not limited to, the entire and exclusive copyrights under federal and state copyright laws, in the United States and all jurisdictions outside the United States, its common law copyrights and all other intellectual property rights associated and subsisting in the Clarified Artwork.

e.  Senn shall be the exclusive owner of the Clarified Artwork and of the copyright in the Clarified Artwork and shall have the exclusive right to secure registration of the copyright in the Clarified Artwork internationally. No rights in the Clarified Artwork or in the copyright in the Clarified Artwork, are retained by the trustee or the debtor, nor shall there be any reversion of those rights to the trustee or the debtor in the future.

f.  The exclusive rights assigned and transferred to Senn under state and federal copyright laws include the right to reproduce the Clarified Artwork; the right to prepare derivative works based on the Clarified Artwork; the right to distribute copies to the public of the Clarified Artwork; the right to display the Clarified Artwork publicly, the right to alter, exploit and make changes to the Clarified Artwork, including any and all other privileges and rights to the Clarified Artwork attributed to a copyright owner.

g.  The trustee has conveyed, transferred, and irrevocably assigned to Senn the ownership any material object in its tangible form, in which the copyrightable Clarified Artwork is embodied.  Any material object is the Clarified Artwork in its tangible form.

h.  To the extent that such exist, the trustee has conveyed, transferred, and irrevocably assigned to Senn her full term and renewal term copyright rights under federal and state copyright laws with respect to the Clarified Artwork.

i.  The assignment and transfer of copyrights subsisting in the Clarified Artwork, will remain in effect for the entire duration of such copyrights and will include all exclusive rights, interest, and ownership under the copyright laws.

j.  Any rights which were held by the debtor as of the commencement of his bankruptcy case related to the Clarified Artwork, or associated therewith, have been transferred to Senn and that the debtor has no right or interest in the Clarified Artwork.

k.  That the Amended and Clarified Settlement Agreement clarifies the rights previously transferred by the bankruptcy estate to Senn does not mean that the rights have not already been transferred to Senn by way of the prior sale and Settlement Agreement.


Dated:                                    _____
                                          Kathleen H. Sanberg
                                          United States Bankruptcy Judge