UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY 18-40752
Chapter 7

Mark E. Herman,

      Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I declare under penalty of perjury that on January 4, 2021, I caused copies of the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the ECF participants:

1. Debtor's Notice of Hearing and Motion for Relief from Order;

2. Memorandum in Support of Debtor's Notice of Hearing and Motion for Relief from Order;

3. [proposed] Order Granting Debtor's Motion for Relief from Order; and

4. Certificate of Service.

I further declare that I caused copies of the foregoing documents to be mailed by first class mail, postage prepaid (with courtesy copy via electronic mail) to:

Matthew Burton
Morrison Sund, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN 55345

Dated: January 4, 2021

                              SRCARLSON LAW, LLC

                              Scott R. Carlson
                              2700 W. 59th Street
                              Minneapolis, MN 55410