**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

MARK E HERMAN

Case No: 18−40752

Debtor(s)

Chapter 7 Case

## CLERK'S NOTICE ON APPEAL

To: Scott R Carlson
Attorney for Appellant

1. Notice of transmittal of appeal: The parties to the above−referenced appeal are hereby notified that the Notice of Appeal filed 4/20/2021 has been transmitted to the U.S. District Court for the District of Minnesota.

2. Transcript. If a transcript of proceedings is to be transmitted as part of the record on appeal, please **order the transcript immediately** and **docket the "text only"** *Transcript ordered* **event to the case or proceeding. If no transcript is to be ordered, please docket the "text only"** *Certification of no transcript ordered* **to the case or proceeding.** See Fed. R. Bankr. Proc. 8009(b) and Local Rule 8009−1(c).

3. Statement of the evidence in lieu of a transcript. If a transcript of a hearing or trial is unavailable, the appellant may file and serve a *Statement of the evidence* in lieu of a transcript within the time prescribed by Fed. R. Bankr. Proc. 8009(a)(1). An appellee may file and serve objections or proposed amendments to the Appellant's Statement within 14 days after being served. The Bankruptcy Court must settle and approve the Statement before transmission to the District court. See Fed. R. Bankr. Proc. 8009(c).

4. Statement of the issues. The Appellant's *Statement of the issues* to be presented on appeal must be filed and served within 14 days after filing the notice of appeal or entry of an order granting leave to appeal, whichever is later. See Fed. R. Bankr. Proc. 8009(a).

5. Designation of record. Unless the District Court orders otherwise, the parties shall serve and file with the Clerk of the District Court, in lieu of a designated record, their separate appendices along with their respective briefs. In addition, the parties shall arrange for the Clerk of the Bankruptcy Court to transmit transcripts or exhibits separately to the Clerk of the District Court. See Local Rule 8009−1(a).

6. <u>Sealed documents</u>. Any party that wishes the District Court to consider on appeal a document placed under seal by the Bankruptcy Court must file a motion with the District Court to accept the document under seal. The Bankruptcy Clerk may not transmit any sealed document until the District Court has granted the motion to accept the document under seal. See Fed. R. Bankr. Proc. 8009(f).

7. <u>Notice of Transmittal of the Record</u>. Notice of the bankruptcy clerk's transmittal of the designated record on appeal to the District Court will be provided to all parties to the appeal.

Dated: 4/21/21

<u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court

By: Shelia
Deputy Clerk

`

**mnbcntap** 6/16

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 18-40752-KHS |
| MARK E HERMAN | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: mnbcntap | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + MARK E HERMAN, 1820 GIRARD AVENUE SOUTH, Minneapolis, MN 55403-2943 |
| aty | + Manty & Associates, P.A., 150 South Fifth Street, Suite 3125, Minneapolis, MN 55402-4221 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander M Hagstrom | on behalf of Interested Party Roberta Herman AHagstrom@winthrop.com  rtri@winthrop.com |
| Colin Kreuziger | on behalf of Plaintiff James L. Snyder Colin.Kreuziger@usdoj.gov  Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| Manty & Associates PA | on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com |
| Mary F. Sieling | on behalf of Plaintiff Nauni Jo Manty Trustee mary@mantylaw.com, erica@mantylaw.com;krisann@mantylaw.com |
| Mary F. Sieling | on behalf of Trustee Nauni Jo Manty mary@mantylaw.com  erica@mantylaw.com;krisann@mantylaw.com |
| Matthew R. Burton | on behalf of Defendant Amber Senn mburton@morrisonsund.com |

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: mnbcntap | Total Noticed: 2 |

Matthew R. Burton
    on behalf of Interested Party Amber Senn mburton@morrisonsund.com

Matthew R. Burton
    on behalf of Defendant Numeric Trading Company mburton@morrisonsund.com

Nauni Jo Manty
    on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com  mn12@ecfcbis.com

Nauni Jo Manty
    ecf@mantylaw.com  mn12@ecfcbis.com

Orin J. Kipp
    on behalf of Interested Party Brigadoon  LLC. okipp@wgcmn.com,
    okipp@wgcmn.com;dkbenson@wgcmn.com;lfrancis@wgcmn.com;lgustafson@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com

Peter G Economou
    on behalf of Interested Party Roberta Herman peconomou@winthrop.com  skuechle@winthrop.com;revans@winthrop.com

Randall Smith
    on behalf of Debtor 1 MARK E HERMAN randallsmithlaw@comcast.net

Rebecca S. Holschuh
    on behalf of Interested Party Hennepin County Attorney's Office rebecca.holschuh@hennepin.us
    suzanne.ryan@hennepin.us;gina.braaten@hennepin.us

Scott R. Carlson
    on behalf of Debtor 1 MARK E HERMAN scott@srcarlsonlaw.com  ddewing@fundgroups.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

TOTAL: 16