**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

MARK E HERMAN

Case No: 18–40752

Debtor(s)

Chapter 7 Case

**Notice of Filing of Transcript**
**and of Deadlines Related to Restriction and Redaction**

A transcript of the proceeding held on was filed on 5/3/21. The following deadlines apply:

The parties have until 5/10/21 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 5/24/21.

If a request for redaction is filed, the redacted transcript is due 6/3/21.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/2/21 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Neil K. Johnson Reporting Agency – Neil K. Johnson 651–681–8550 or you may view the document at the clerk's office public terminal.

Dated: 5/7/21

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: Kathy
Deputy Clerk

**mnbntrdl** 10/16