**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

MARK E HERMAN

Case No: 18−40752

Debtor(s)

Chapter 7 Case

**Notice of Filing of Transcript**
**and of Deadlines Related to Restriction and Redaction**

A transcript of the proceeding held on was filed on 5/3/21. The following deadlines apply:

The parties have until 5/10/21 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 5/24/21.

If a request for redaction is filed, the redacted transcript is due 6/3/21.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/2/21 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Neil K. Johnson Reporting Agency − Neil K. Johnson 651−681−8550 or you may view the document at the clerk's office public terminal.

Dated: 5/7/21

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: Kathy
Deputy Clerk

**mnbntrdl** 10/16

United States Bankruptcy Court

District of Minnesota

In re:                                                                                            Case No. 18-40752-KHS

MARK E HERMAN                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4                                          User: admin                                         Page 1 of 2

Date Rcvd: May 07, 2021                              Form ID: mnbntrdl                            Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MARK E HERMAN, 1820 GIRARD AVENUE SOUTH, Minneapolis, MN 55403-2943 |
| aty | + | Manty & Associates, P.A., 150 South Fifth Street, Suite 3125, Minneapolis, MN 55402-4221 |
| intp | + | Brigadoon, LLC., Wilford Geske & Cook, P.A., 7616 Currell Blvd, Suite 200, Woodbury, MN 55125-2296 |
| intp | | Hennepin County Attorney's Office, Hennepin County Attorney's Office, A-2000 Government Center, 300 South Sixth Street, Minneapolis, MN 55487-0200 |
| intp | + | Roberta Herman, c/o Winthrop & Weinstine, P.A. (AMH), 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | ## | Amber Senn, 1400 Lincoln Avenue South, Minneapolis, MN 55403-2803 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021                               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

**Name**                                **Email Address**

Alexander M Hagstrom
                                         on behalf of Interested Party Roberta Herman AHagstrom@winthrop.com rtri@winthrop.com

Colin Kreuziger

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 07, 2021 | Form ID: mnbntrdl | Total Noticed: 5 |

on behalf of Plaintiff James L. Snyder Colin.Kreuziger@usdoj.gov  Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov

Manty & Associates PA

on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com

Mary F. Sieling

on behalf of Trustee Nauni Jo Manty mary@mantylaw.com  erica@mantylaw.com;krisann@mantylaw.com

Mary F. Sieling

on behalf of Plaintiff Nauni Jo Manty  Trustee mary@mantylaw.com, erica@mantylaw.com;krisann@mantylaw.com

Matthew R. Burton

on behalf of Interested Party Amber Senn mburton@morrisonsund.com  sduever@morrisonsund.com

Matthew R. Burton

on behalf of Defendant Numeric Trading Company mburton@morrisonsund.com  sduever@morrisonsund.com

Matthew R. Burton

on behalf of Defendant Amber Senn mburton@morrisonsund.com  sduever@morrisonsund.com

Nauni Jo Manty

on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com  mn12@ecfcbis.com

Nauni Jo Manty

ecf@mantylaw.com  mn12@ecfcbis.com

Orin J. Kipp

on behalf of Interested Party Brigadoon  LLC. okipp@wgcmn.com,
okipp@wgcmn.com;dkbenson@wgcmn.com;lfrancis@wgcmn.com;lgustafson@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com

Peter G Economou

on behalf of Interested Party Roberta Herman peconomou@winthrop.com  skuechle@winthrop.com;revans@winthrop.com

Randall Smith

on behalf of Debtor 1 MARK E HERMAN randallsmithlaw@comcast.net

Rebecca S. Holschuh

on behalf of Interested Party Hennepin County Attorney's Office rebecca.holschuh@hennepin.us  suzanne.ryan@hennepin.us;gina.braaten@hennepin.us

Scott R. Carlson

on behalf of Debtor 1 MARK E HERMAN scott@srcarlsonlaw.com  ddewing@fundgroups.com

US Trustee

ustpregion12.mn.ecf@usdoj.gov

TOTAL: 16